Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

MICHAEL FALCONE

CASE NUMBER: 24-CV-1026

v.

COMMISSIONER OF SOCIAL SECURITY

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the final decision of the Commissioner is Reversed and the action is Remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Date: February 14, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Suzanne
Deputy Clerk